```
PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ELLIS E. EVANS,<br><br>              Defendant. | Case No. 1:22-po-00267-SAB<br><br>[Citation #9073488, CA74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00267-SAB [Citation #9073488, CA74] against ELLIS E. EVANS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 19, 2023                                    Respectfully submitted,

                                                              PHILLIP A. TALBERT
                                                              United States Attorney

                                         By:    /s/ *Chan Hee Chu*
                                                    CHAN HEE CHU
                                                    Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00267-SAB [Citation #9073488, CA74] against ELLIS E. EVANS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 19, 2023**

_____
UNITED STATES MAGISTRATE JUDGE